UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD KEARSE,

                        Petitioner,

       -against-

SUPERINTENDENT M. KOPP,

                        Respondent.

24-Civ-4015(LTS)

CIVIL JUDGMENT

      For the reasons stated in the September 16, 2024, order, the petition is dismissed without prejudice. See 28 U.S.C. §§ 1914, 1915.

      Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  September 18, 2024
           New York, New York

                                  /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge